IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00514-MOC-DSC

| | |
|---|---|
| **AVADIS et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AZAR et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Gary J. Mouw, Regan A. Gibson and Ronald G. DeWaard]" (documents ##23, 24, and 25). For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: October 28, 2021

_____
David S. Cayer
United States Magistrate Judge