UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-514-MOC-DSC

| | |
|---|---|
| AVADIS AVADIS, et al., | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| SOUHEIIL ANTHONY AZAR, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on two motions to dismiss Plaintiff's Complaint, filed by Defendants on November 23, 2021. (Doc. Nos. 50, 52). Plaintiff filed an Amended Complaint on December 11, 2021. (Doc. No. 55). Because Plaintiff has filed an Amended Complaint, the pending motions to dismiss the original Complaint are moot.

**IT IS THEREFORE ORDERED** that:

(1) Defendants' Motions to Dismiss, (Doc. Nos. 50, 52), shall be terminated as moot.

(2) in accordance with the terms of this Order.

Signed: February 15, 2022



Max O. Cogburn Jr
United States District Judge

1